AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY _____ D.C.

JAN 0 6 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 20-8003-DLB |
| Jerome Adeliga Ryan Lockhart, | ) | |
| Joshua Edward McPhee, | ) | |
| Mehmet Koksaldi, | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 6, 2019 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I) | Conspiracy to Commit Alien Smuggling (Lockhart & McPhee) |
| 8 U.S.C. § 1324(a)(1)(A)(i), (a)(1)(A)(v)(II) | Alien Smuggling, Aiding & Abetting (Lockhart & McPhee) |
| 8 U.S.C. § 1325(a) | Improper Entry by Alien (Koksaldi) |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Ricchichi, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/06/2020 _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, Florida _____

Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel Richichi, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since December 2008.  During that time, I have received training through the HSI training program at Glynco, Georgia, and I have conducted investigations into criminal violations of the federal laws governing illegal smuggling of narcotics and humans into the United States.  Before joining HSI, I was an Officer with the DHS, U.S. Customs and Border Protection, for approximately five and one-half years.

2.      As a Special Agent with HSI, I have received extensive instruction in the investigation of the maritime smuggling of humans, bulk cash, and narcotics. During my tenure with HSI, I have personally and significantly participated in over one-hundred prior maritime smuggling-related investigations concerning violations of Title 18, United States Code, Section 1324(a), Title 31, United States Code, Section 5332, and Title 21, United States Code, Section 952 respectively.  I am also familiar with the use of digital devices in the commission of these offenses such that they store data and evidence relevant to those crimes.

3.      The statements contained in this affidavit are based upon my personal knowledge, as well as information provided by other law enforcement.  I have not included in this affidavit each and every fact and circumstance known, but only the facts and circumstances that I believe are sufficient to establish probable cause.

## PROBABLE CAUSE

4.     On December 6, 2019, a Palm Beach County Sheriff's Office (PBSO) marine unit was traveling north in the Intra-Coastal Waterway (ICW) east of Peanut Island, and observed a blue center console vessel (later identified as a 36' Invincible bearing the name "Mas Suenos" and the home port of Austin, Texas) traveling north a short distance behind the PBSO marine unit. The PBSO marine unit was intending to dock at the outer fuel dock of the Sailfish Marina located at 98 Lake Drive, West Palm Beach, Florida 33404; however, in order to dock there the PBSO marine unit had to stop to let the vessel "Mas Suenos" pass.

5.     When the PBSO marine unit stopped, "Mas Suenos" stopped as well, and pulled into the inside fuel dock at Sailfish Marina. Shortly thereafter, the PBSO marine unit observed a male wearing a denim jacket and blue jeans with a black back pack (later identified as Mehmet KOKSALDI) walking quickly from "Mas Suenos" down the dock then onto the sidewalk and around the north side of the building to the east. Dockside video recording captured the preceding.

6.     The PBSO marine unit spoke to a black male (later identified as Joshua MCPHEE) onboard "Mas Suenos", who was wearing gray sweatshirt and gray sweatpants and was wet all down his left side. MCPHEE stated that that he did not know the name of the man in denim jacket, but that he had asked for a ride to the United States when MCPHEE was leaving Freeport, Bahamas. Records revealed that MCPHEE is a citizen and national of the Bahamas with a valid B2 Visitor Visa for Pleasure. The PBSO marine unit then contacted other PBSO units in the area to locate M. KOKSALDI.

7.     A PBSO deputy in the area observed M. KOKSALDI walking on Lake Drive and get picked up in a gray BMW X6 (bearing Florida Tag LPD F81 and VIN: 5UXKU2C53J0X48919). A PBSO deputy followed the BMW X6 to the Publix parking garage

second floor located at 228 Blue Heron Blvd, Riviera Beach, Florida 33404.  PBSO deputies subsequently made contact with the driver of the vehicle identified as Jerome LOCKHART.

8.      A PBSO deputy asked LOCKHART how he knew M. KOKSALDI, to which LOCKHART responded he did not know M. KOKSALDI personally.  LOCKHART stated that he received a call from his "brother" in the Bahamas who asked LOCHART to pick up KOKSALDI from the boat.

9.      On scene at the parking lot, M. KOKSALDI admitted to Border Patrol agents that he is a Turkish citizen and arrived in the United States by boat from the Bahamas.  Border Patrol agents discovered that M. KOKSALDI did not to have legal status in the United States.

10.     Records revealed that Lockhart is a citizen and national of the Bahamas with a valid B2 Visitor Visa for Pleasure.  The Border Patrol agents discovered that LOCKHART possessed an expired I-94 card from a previous entry to the United States.  Based upon this believed overstay, he was taken into custody.  Additionally, LOCKHART'S apparent participation in aiding and abetting alien smuggling violated his entry status.

11.     Border Patrol agents prepared to tow LOCKHART'S BMW.  An inventory of the vehicle revealed a pink Apple iPhone Model A1778, located on the center console in plain view. A Samsung Galaxy S6 (blue) with IMEI: 990007042639820, was located in the driver's side door pocket in plain view.

12.     LOCKHART, M. KOKSALDI and MCPHEE were detained and subsequently transported to the U.S. Border Patrol Station in West Palm Beach, Florida for interviews and potential removal processing.

13.     MCPHEE was advised of his Miranda Rights, which he waived, and was interviewed by agents.  MCPHEE stated that the vessel belonged to his employer "D.K." and that

he was transporting it from the Bahamas to Miami, Florida, where the vessel would be picked up by representatives of the Invincible boat company for repairs after sustaining damage during Hurricane Dorian. MCPHEE stated that an individual in Freeport, Bahamas asked him to bring M. KOKSALDI to the United States. MCPHEE stated that M. KOKSALDI showed him a red passport which he assumed was valid for entry into the United States.

14. Agents confronted MCPHEE with the fact that he is a regular boater with frequent trips into and out of the U.S. by vessel, and that he was familiar with the reporting requirements for vessels arriving from a foreign country. MCPHEE responded that he was not going to report the arrival of M. KOKSALDI. MCPHEE stated that he has LOCKHART saved in his phone contacts as "Sticky". MCPHEE stated LOCHART called him via WhatsApp and, upon LOCKHART inquiring of his location, told LOCKHART he was heading to Sailfish Marina. Additionally, MCPHEE was found to be in possession of a Samsung Galaxy S9 cellular telephone, which he gave agents written consent to search. MCPHEE acknowledged that HSI agents had arrested his brother, Deon McPhee, several years ago for maritime smuggling related charges.

15. Agents advised M. KOKSALDI of his Miranda Rights, which he waived. M. KOKSALDI stated that he flew from Turkey to Havana, Cuba on November 28, 2019. M. KOKSALDI stated that LOCKHART met him in Havana, Cuba and they flew to Nassau, Bahamas. Agents located a plane ticket in M. KOKSALDI's possession for a Bahamas Air flight from Havana, Cuba to Nassau, Bahamas on December 2, 2019. Law enforcement database queries revealed that on December 1, 2019, LOCKHART flew from Fort Lauderdale, Florida to Havana, Cuba.

16. M. KOKSALDI stated that LOCKHART arranged for him to be smuggled to the United States by boat and that he would have to pay approximately $5,000.00 upon his arrival in

the United States to LOCKHART.  M. KOKSALDI explained he arrived in Cuba on November 28, 2019; LOCKHART arrived on December 2, 2019.  Law enforcement database checks confirmed LOCKHART flew from Fort Lauderdale, Florida to Cuba.  On December 2, 2019, the two of them flew to the Bahamas.  Upon arriving, LOCKHART took M. KOKSALDI's passport and was able to get M. KOKSALDI into the Bahamas.  M. KOKSALDI's passport confirms this entry.  M. KOKSALDI stated he later met up with LOCKHART at a hotel in Bahamas that same day.  Law enforcement database checks revealed that on December 5, 2019, LOCKHART flew from Nassau, Bahamas to Fort Lauderdale, Florida.

17.     M. KOKSALDI stated that on the morning of December 6, 2019, he was picked up from the hotel in Freeport Bahamas and was driven to the boat, which LOCKHART arranged.  M. KOKSALDI stated that once he arrived at the marina in West Palm Beach, he walked off the boat and LOCKHART picked him up in a car.  Additionally, M. KOKSALDI stated his father, Bingol KOKSALDI, who resides in New York, was in West Palm Beach, Florida to pick him up and pay LOCKHART for smuggling him into the country.

18.     M. KOKSALDI was found to be in possession of an Apple iPhone, which he gave agents written permission to search.  Agents located a contact "Jerome Lockhart" with the phone number 242-375-5828 in M. KOKSALDI's iPhone.  Agents then connected M. KOKSALDI's iPhone to Wi-Fi and dialed the contact for "Jerome Lockhart", which rang as "Mehmet" on the Apple iPhone found in LOCKHART's car.  Agents located several photographs in M. KOKSALDI's iPhone, dated between December 1, 2019 and December 2, 2019, which pictured M. KOKSALDI and LOCKHART together.

19.     B. KOKSALDI arrived at the Border Patrol Station in West Palm Beach and was advised of his Miranda Rights, which he waived in writing, and was interviewed by agents.  B.

KOKSALDI was previously smuggled into the United States from the Bahamas by vessel approximately two years prior. B. KOKSALDI stated that he was in West Palm Beach, Florida to pick up his son who was being smuggled into the United States by boat from the Bahamas. B. KOKSALDI stated that he knows LOCKHART, and that LOCKHART had stayed at his home in New York over the past summer.      B. KOKSALDI advised he previously arranged with LOCKHART to have MCPHEE smuggle other family members into the United States in August 2019. B. KOKSALDI stated that he was going to pay LOCKHART between approximately $5,500.00 and $6,500.00 for smuggling his son into the United States on December 6, 2019. B. KOKSALDI was found to be in possession of $6,250.00 in U.S. Currency, which he acknowledged was to pay LOCKHART. Additionally, B. KOKSALDI was in possession of a Samsung Galaxy S10 cellular telephone which he gave agents written consent to search.

20.      Later in the evening on December 6, 2019, agents spoke to the owner of "Mas Suenos", "D.K.", who stated that MCPHEE was his employee, and that MCPHEE was bringing the vessel to the manufacturer, Invincible, to repair the vessel's damages. "D.K." stated that when "Mas Suenos" departed Freeport, Grand Bahama, he noticed that the vessel's Global Ocean Security Technologies (GOST) satellite tracking system was disabled, which he found unusual. "D.K." stated that the vessel was supposed to be transported to Miami and not West Palm Beach, Florida, and that MCPHEE informed him that he would be taking a "crewmember" along to assist with the transportation.

21.      On December 11, 2019 agents conducted a forensic examination of B. KOKSALDI's Samsung Galaxy S10. Agents located the phone contact "Lockhart Jerome" with phone number 242-375-5828. Agents located a photograph of an American Airlines ticket for LOCKHART dated July 21, 2019, from Fort Lauderdale, Florida John F. Kennedy Airport in New

York. Agents located numerous pictures of B. KOKSALDI and LOCKHART together as well as photographs of LOCKHART near the Statue of Liberty dated between approximately July 22, 2019 and July 23, 2019. Your affiant notes that these images corroborate B. KOKSALDI's statements as outlined above. Agents located photographs taken in August 2019 of a person resembling MCPHEE operating the "Mas Suenos" with B. KOKSALDI's family members on-board.

22.     On December 11, 2019, agents conducted a forensic examination of MCPHEE's Samsung Galaxy S9 cellular telephone. Agents located a phone contact "Sticky" with phone number 242-375-5828, an outgoing phone call to "Sticky" on December 5, 2019 at 10:16 p.m., and a screenshot of a WhatsApp message between them on November 15, 2019. Agents located a call in August 2019 from MCPHEE to B.KOKSALDI.

23.     On December 11, 2019, agents conducted a forensic examination of M. KOKSALDI's Apple iPhone. Agents located two outgoing calls to the phone contact "Jerome Lockhart" on December 6, 2019 at 8:19 a.m. and at 2:17 p.m., the latter of which was the call initiated by your affiant, as indicated previously. Agents located WhatsApp call/text logs to LOCKHART including a photograph of KOKSALDI's passport on November 30, 2019. Agents located photographs from December 1, 2019 of KOKSALDI and LOCKHART together in Cuba, photographs of the Bahamian Grand Lucayan on December 4, 2019, and a photograph of the onboard GPS navigation from the "Mas Suenos" on December 6, 2019 at 8:04 a.m.

24.     On December 12, 2019, agents received Western Union records pertaining to LOCKHART subsequent to the service of a subpoena. Agents discovered two wire transfers received by LOCKHART from B. KOKSALDI: one on August 6, 2019 for $800.00; and one on

August 9, 2019 for $300.00. Additionally, agents discovered a January 22, 2019 wire transfer from LOCKHART sent to MCPHEE for $2,000.00.

25. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to believe that probable cause exists to charge Jerome LOCKHART and Joshua MCPHEE with violations of federal law, to wit, Conspiracy to Commit Alien Smuggling in violation of Title 8 United States Code, Section 1324(a)(i)(A)(v)(I), Alien Smuggling in violation of Title 8 United States Code, Section 1324(a)(i)(A)(i)

26. WHEREFORE, on the basis of the foregoing facts and evidence, your affiant respectfully submits that probable cause exists to believe that probable cause exists to charge Mehmet KOKSALDI with violations of federal law, to wit, Illegal Entry in violation of Title 8 United States Code, Section 1325(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

Daniel Richichi
Special Agent
Homeland Security Investigations

SWORN TO AND SUBSCRIBED BEFORE ME THIS 6th DAY OF JANUARY 2020, AT WEST PALM BEACH, FLORIDA.

**HONORABLE DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   Jerome Adeliga Ryan Lockhart**

**Case No:**

Count #: 1

Conspiracy to Commit Alien Smuggling

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

**\*Max. Penalty:**   10 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, $100 Assessment, Deportation

Count #: 2

Alien Smuggling, Aiding and Abetting

Title 8, United States Code, Section 1324(a)(1)(A)(v)(II) and (a)(1)(A)(i)

**\*Max. Penalty:**   10 Years' Imprisonment, $250,000 fine, Supervised Release of up to 3 Years, $100 Assessment, Deportation

  **\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name:  **Joshua Edward McPhee**

Case No: _____

Count #: 1

Conspiracy to Commit Alien Smuggling

Title 8, United States Code, Section 1324(a)(i)(A)(v)(I)

**\*Max. Penalty:**   10 Years' Imprisonment, \$250,000 fine, Supervised Release of up to 3 Years, \$100 Assessment, Deportation

Count #: 2

Alien Smuggling

Title 8, United States Code, Section 1324(a)(i)(A)(i)

**\*Max. Penalty:**   10 Years' Imprisonment, \$250,000 fine, Supervised Release of up to 3 Years, \$100 Assessment, Deportation

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name:  **Mehmet Koksaldi**

Case No: 

Count #: 3

Improper Entry by Alien

Title 8, United States Code, Section 1325(a)

**\*Max. Penalty:**  6 months Imprisonment, $100,000 fine, Supervised Release of up to 1 Year, $100 Assessment, Deportation

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  20-8003-DLB

UNITED STATES OF AMERICA

v.

**Jerome Adeliga Ryan Lockhart,**
**Joshua Edward McPhee,**
**Mehmet Koksaldi,**

                    **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Central Region of the United States
    Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___ Yes  ✓ No

2.  Did this matter originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No


                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

        BY:   *Gregory Schiller*
                    GREGORY SCHILLER
                    ASSISTANT UNITED STATES ATTORNEY
                    Florida Bar No.    0648477
                    500 South Australian Avenue, Suite 400
                    West Palm Beach, Florida 33401
                    Tel:      561-820-8711
                    Fax:      561-820-8777
                    Email:   gregory.schiller@usdoj.gov